## S05A0071. WILLIAMS v. THE STATE.
(611 SE2d 51)

FLETCHER, Chief Justice.

This appeal arises out of the pending death penalty prosecution of Floyd Wayne Williams. This Court granted Williams' petition for an interlocutory appeal to determine whether the trial court erred by removing Williams' counsel, Matthew Rubenstein, from the case.

We conclude that this case is controlled by our recent decision in *Grant v. State*,[*] and that the trial court abused its discretion by removing Rubenstein over Williams' objection. Accordingly, we remand the case with direction that the trial court reinstate Rubenstein as Williams' counsel.

*Judgment reversed. All the Justices concur.*

DECIDED MARCH 28, 2005.

*John R. Martin*, for appellant.
*Robert E. Keller, District Attorney, Todd E. Naugle, Bonnie K. Smith, Erman J. Tanjuatco, Assistant District Attorneys, Thurbert E. Baker, Attorney General*, for appellee.
*James C. Bonner, Jr., Michael Mears*, amici curiae.

---

[*] 278 Ga. 817 (607 SE2d 586) (2005).